UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Request and Order for Modifying Conditions of Supervision
With Consent of the Offender
*(Waiver of hearing attached)*

| | |
|---|---|
| Name of Offender: **Gregory Griffith** | Docket Number: **2:14CR00079-001** |

Name of Sentencing Judicial Officer:   **Honorable Robert J. Shelby**
**Chief U.S. District Judge**

Date of Original Sentence:  **April 23, 2015**
Original Offense:   **Possession of Methamphetamine with Intent Distribute**
Original Sentence:   **120 Months' Bureau of Prisons Custody/36 Months' Supervised Release**

| | |
|---|---|
| Type of Supervision: **Supervised Release** | Supervision Anticipated to Commence: **October 31, 2022** |

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

*Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.*

*Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.*

*Report all vehicles owned or operated, or in which you have an interest, to the probation officer.*

## CAUSE

On April 23, 2015, the above-named offender appeared before this Court and was sentenced to a 120-month term of custody, to be followed by a 36-month term of supervised release. His term of supervised release will commence on October 31, 2022 in the Southern District of California (SD/CA). On April 28, 2021, the SD/CA tentatively accepted supervision contingent to his agreement of a modification of his special and standard conditions. As you will see on the attached form, the offender has signed the attached Waiver of Hearing and agreed to the specific conditions.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Maria EA Sanchez*
by Maria EA Sanchez
Supervisory U.S. Probation Officer
May 6, 2021

**THE COURT ORDERS:**

☒ The modification of conditions as noted above
☐ No action
☐ Other

_____
Honorable Robert J. Shelby
Chief United States District Judge

Date: 5/7/2021